FSA Transit
7/29/25

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI ELKTON, OHIO

---

Bureau of Prisons Program Statement 1330.18, "Administrative Remedy Procedures for Inmates," states the "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INMATE'S NAME: Brian DiPippa   NO. 66590-510   UNIT BB

1. Specific Complaint:
My FSA Federal Time Credits are being improperly calculated.

2. Relief Requested: Apply and re-calculate FSA Federal Time Credits from the date I was sentenced and received in custody awaiting transportation to the official detention facility: 01/06/2025

3. Date/Time Complaint received from inmate: 7/31/25 @ 2:54pm

4. Date/Time Informally discussed with inmate: 8-14-25 2:35pm

5. Staff Response: Current BOP guidance states, the ability to accrue Federal Time Credits begins after the inmate's current Term of incarceration begins. (E.g. the date the inmate arrives or voluntarily surrenders to their initially designated Bureau facility.)

6. Date Administrative Remedy provided: 8-14-25

7. Informal Resolution was / was not accomplished.

_____ 66590-510         8-14-25
Inmate's Signature/Register No.    DATE

D. KerLoit  CSV                    8-14-25
STAFF MEMBER'S NAME & TITLE        DATE

_____ Acting             8-14-25
UNIT MANAGER'S SIGNATURE           DATE

The Unit Manager, by signing above, certifies that good faith efforts were attempted to resolve this inmate's complaint.

DISTRIBUTION: If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.