U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **DiPippa, Brian**    66590-510    BB    FCI-ELKTON  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

### Part A- INMATE REQUEST

I respectfully appeal my Unit Team's denial. FSA credits may be earned from the date an inmate is sentenced. See 18USC §3632(d)(4)(B). I was awaiting transport from 01/06/25. I actively participated in the programs which were made available to me and was free of any disciplinary infractions. I would have gladly taken additional BOP classes or joined the Bureau's waiting lists if I were allowed to do so, as may be clearly inferred by my doing both as soon as the BOP allowed me to do so. I believe your policy fails to adhere to the law. Relief Requested: Afford me FSA time credits from 01/06/25 and update your policies and procedures to comply with FSA.

09/17/2025  
DATE            SIGNATURE OF REQUESTER

### Part B- RESPONSE

**SEE ATTACHED**

_____  
DATE        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

CASE NUMBER: **1256468-F1**

### Part C- RECEIPT

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

10/2/2025  
DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                BP-229(13)  
                                                                   APRIL 1982