Exhibit 3

# REQUEST FOR ADMINISTRATIVE REMEDY
## PART B - RESPONSE

**Dipippa, Brian**
Reg. No.: 66590-510
Remedy I.D.: 1256468-F1
Qtr: B-B

This is in response to your Request for Administrative Remedy receipted October 2, 2025, in which you request to receive Federal Time Credits from your sentencing date of January 6, 2025.

A review of this matter reveals you were sentenced on January 6, 2025, and admitted into Federal Bureau of Prisons custody on January 22, 2025, and you arrived at FCI Elkton on February 26, 2025, for service of your current term of incarceration. Program Statement 5410.01, First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4), provides, in part, the ability to accrue Federal Time Credits begins after the inmate's current term of incarceration begins (e.g., the date the inmate arrives at or voluntary surrenders to their initially designated Bureau facility to serve their sentence), an inmate cannot earn FTC's during pretrial confinement. The days you are requesting are prior to your arrival to Elkton, which is your initially designated facility.

Based on these findings, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Northeast Region, U.S. Custom House, 7th Floor, 2nd and Chestnut Street, Philadelphia, Pennsylvania, 19106, within 20 calendar days of the date of this response.

_____           10/8/2025
Ian M. Healy, Warden                Date