**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __DiPippa, Brian__  __66590-510__  __BB__  __FCI-Elkton__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I RESPECTFULLY APPEAL THE WARDEN'S DENIAL OF MY BP-9. THE BOP'S POLICY CONFLICTS WITH THE PLAIN WORDING OF FSA, WHICH PERMITS THE ACCRUAL OF FTCs FROM THE START OF A SENTENCE, NOT FROM THE DATE OF ARRIVAL AT A BOP FACILITY. SEE 18 U.S.C. § 3632(d)(4)(B). I FEEL PS 5410.01 IS MORE RESTRICTIVE THAN THE LAW.

I WAS SENTENCED ON 01/06/2025. DURING THE PERIOD FROM 01/06/2025 – 02/06/2025 I WAS FREE OF DISCIPLINARY INFRACTIONS AND DID NOT REFUSE TO TAKE PART IN ANY CLASSES OR ACTIVITIES RECOMMENDED FOR ME. I PARTICIPATED IN VARIOUS WORK PROGRAMS, FITNESS ACTIVITIES, AND EDUCATION/LEISURE PROGRAMS. I EVEN HELPED TO ORGANIZE A SPOKEN-WORD ART EXHIBITION AND SOCIAL GATHERING.

RELIEF REQUESTED: AWARD ME THE FTCs I EARNED FROM 01/06/25 – 02/26/25 AND UPDATE YOUR POLICIES TO COMPLY WITH FSA.

__10/10/25__  __Brian DiPippa__
   DATE           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
OFFICE OF THE REGIONAL COUNSEL

OCT 20 2025

NERO - PHILADELPHIA

_____  _____
      DATE              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE           CASE NUMBER: __1256468-R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____   _____   _____   _____
               LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                         _____
    DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                                    BP-230(13)
                                                                           JUNE 2002

**DIPIPPA, Brian**
Reg. No. 66590-510
Appeal No. 1256468-R1
Page One

---

### Part B - Response

You appeal the response of the Warden of FCI Elkton. Specifically, you contend you should have started earning First Step Act (FSA) programming days beginning on the day you were sentenced. You request a review of this matter, and your FSA Time Credits (FTC) recalculated to reflect a start date of January 6, 2025.

Program Statement 5410.01, <u>First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)</u>, establishes criteria and procedures for awarding FSA Time Credits (FTC). Eligible inmates may earn FTCs for successfully participating in and completing approved Evidence-Based Recidivism Reduction (EBRR) Programs or Productive Activities (PAs). An eligible inmate begins earning FTCs after the inmate's term of imprisonment commences (the date the inmate arrives or voluntarily surrenders at the designated Bureau facility where the sentence will be served). Additionally, inmates are not considered in opt-in status until they have completed the Standardized Prisoner Assessment for Reduction in Criminality (SPARC-13).

A review of your appeal reveals the Warden adequately addressed your concerns. You arrived at FCI Elkton on February 26, 2025, as an initial designation. Inmates may not begin accruing programming days until their arrival at their initially designated facility and completion of the SPARC-13 assessment. This matter has been reviewed. You will not be credited programming days prior to February 26, 2025. Accordingly, your request is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: December 22, 2025

D. BAYSORE
Acting Regional Director