U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __DiPippa, Brian__ __66590-510__ __BB__ __FCI-Elkton__
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** I RESPECTFULLY APPEAL NERO's DENIAL OF MY BP-10. I SENT COPIES OF MY BP-8, BP-9 AND REJECTION, AND MY BP-10 WELL OVER 30 DAYS AGO TO NERO. THEY DID NOT REPLY. BY POLICY I MAY TAKE THEIR LACK OF RESPONSE AS A DENIAL AND ADVANCE MY CLAIM. PS 1330.18. THE BOP's POLICY CONFLICTS WITH THE ACCRUAL OF FSA CREDITS FROM THE DATE AN INMATE IS SENTENCED, AS THE TEXT OF FSA READS. SEE 18 U.S.C. §3632(d)(4)(B); PS 5410.01.

    SPECIFICALLY, I WAS SENTENCED ON 01/06/2025. FROM 01/06/25 - 02/26/25 I WAS FREE OF DISCIPLINARY INFRACTIONS AND DID NOT REFUSE TO TAKE PART IN ANY CLASSES OR ACTIVITIES RECOMMENDED FOR ME. I HAVE INCLUDED PROOF THAT I PARTICIPATED IN VARIOUS WORK PROGRAMS, FITNESS ACTIVITIES, AND EDUCATION/LEISURE PROGRAMS DURING THIS SPAN. RELIEF REQUESTED: AWARD ME THE FTCs I EARNED FROM 01/06/25 - 02/26/25 AND UPDATE YOUR POLICIES TO COMPLY WITH FSA.

__11/24/2025__                              __Brian DiPippa__
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

> RECEIVED
> DEC 1 0 2025
> Administrative Remedies
> Federal Bureau of Prisons

---

DATE _____                    GENERAL COUNSEL _____

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: _____

**Part C - RECEIPT**                       CASE NUMBER: __1256468__

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

DATE _____                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                              BP-231(13)
                                                                     JUNE 2002