# REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM
## FCI ELKTON, OHIO

Bureau of Prisons Program Statement 1330.18, "Administrative Remedy Procedures for Inmates," states the "before an inmate seeks formal review of a complaint he must try to resolve the complaint informally by presenting it to a staff member." The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INMATE'S NAME: Brian DiPippa   NO. 66590-510   UNIT BB

1. Specific Complaint: My SPARC-13 Needs Assessment is being improperly recorded and FSA programming days are being disallowed. On 02-26-25 I completed the available surveys on TRULINCS. Initial Assessment on 03-20-25 Keshock: "There was a delay in posting the survey", 5-6-25 Keshock: "Surveys did not take".

2. Relief Requested: Apply 02-26-25 completed needs assessment to individualized needs plan. Accrue program days from 02-26-25 and update Time Credit Assessment as such.

3. Date/Time Complaint received from inmate: 7/8/25 @ 2:18 pm.

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _____

6. Date Administrative Remedy provided: _____

7. Informal Resolution was / was not accomplished.

_____     _____
Inmate's Signature/Register No.     DATE

_____     _____
STAFF MEMBER'S NAME & TITLE     DATE

_____     _____
UNIT MANAGER'S SIGNATURE     DATE

The Unit Manager, by signing above, certifies that good faith efforts were attempted to resolve this inmate's complaint.

DISTRIBUTION: If complaint is not informally resolved, forward original resolution form, attached to administrative remedy, to the Administrative Remedy Clerk.