## Exhibit 7

### Brian DiPippa Sworn Affidavit

On 06/30/2023 I arrived at Butler County Prison in Butler, PA. I took responsibilities as a kitchen worker and a unit orderly. I participated in Anger Management and Parenting classes, successfully earning certificates of completion. I expressed interest in and was added to a waitlist for Restorative Justice classes offered by a local college. While housed I held regular poetry readings, art shows, and youth mentorship gatherings focusing on conflict resolution and personal growth. I maintained a daily exercise routine in the gymnasium. I was sentenced on 01/06/25 and continued my duties, responsibilities and betterment activity including religious study. I did not receive the FSA needs survey.

On 01/08/2025 I was transported to Northeast Ohio Correctional Center in Youngstown Ohio. Upon arrival I asked to be employed as a unit orderly and was placed on a waitlist. I frequented the recreation area continuing my physical exercise routine as well as playing cards and cornhole. I attended movie and speaker discussion events held in the gymnasium as well as in-unit trivia night, both facilitated by prison staff. I did not receive the FSA needs survey.

On 02/26/25 I again was moved, this time to FCI Elkton. Upon arrival I had an interview with medical services and asked to participate in Non-Residential Drug Abuse Program (NRDAP). I received account credentials to TruLincs, the computer service, and completed all available surveys on 02/27/25, the first day I was able to. No issues were reported and I continued to sign-up for FSA programs.

At my initial classification meetings on 03/20/2025 Case Manager D. Keshock reviewed my case and stated "there is sometimes a delay in posting the survey." He asked I double check TruLincs. Following the meeting I complied, clicking on the survey's button which displayed the notice entitled "TRULINCS - No Surveys" reading " X You do not have any surveys available (frmPortal|27)".

I followed up with CSW Keshock on 04/08/25 and 04/22/25 at Case Manager Open House. Both dates he reported "Surveys still haven't took".

At the 05/06/2025 Case Manager Open House CSW Keshock told me "Surveys did not take". He handed me a paper version of the electronic survey I completed on 02/27/25 and I filled it out completely with a note atop by the dateline "Re-take of 02/27/25". I returned it to CSW Keshock and he stated he "would follow up with Psych".

1

The next day, 05/07/25 I asked for a status update and was informed "no news from psych, It's phonetag".

The following week at Open House CSW Keshock confirmed he submitted the written survey to psychology and they accepted it. He directed me to wait until the first weekend of June to see if the 68 days of FSA Time Credit would be credited and "we can go from there". That was 05/13/25.

On 06/02/2025 I submitted an Electronic "Copout" to Dr. Cole in Psychology explaining the situation - See Ex. 15. I attempted to reach Unit Manager B. Dugan at her scheduled Mainline Open House, but she was not present.

At the 06/10/2025 CSW Open House Keshock informed me there "was no update yet on the Time Credits, come back tomorrow". I followed up on 06/17/25, 06/24/25, 07/01/25 with the same "no update" response from CSW Keshock.

Feeling that I needed an Administrative Resolution I submitted a completed BP8 to CSW Keshock on 07/08/2025. He asked where I got it from and walked me to Counselor D. Parry's office to which D. Parry confiscated it because "I did not receive it from him". No rejection paperwork was given. I requested a new BP8 from him, he provided and signed the corner "FSA credits 7/8/25". I completed and returned [See Ex. 6]- the photocopy he returned upon submission.

Three weeks later on 07/31/25 I requested and submitted another BP-8 [see Ex.1] for FSA transit time. Counselor Parry informed me there was "no response yet" on my first BP8. I requested a BP-9 because more than 20 days had passed with no response.

On 08/12/2025 I filed the BP9 with CSW Keshock. Two days later on 08/14/2025 I received notice it was rejected [See Ex. 8 & 9]. I asked Keshock verbally and in writing if he could fill out the portion that staff is supposed to fill out. He told me "He's never been asked that and he'd have to get back to me," which never happened. I asked if he could include his e-mails to psychology he reportedly had been sending. He did not. Later that day he returned my BP8 regarding FSA Transit. Noting verbally he agreed with my argument, nonetheless he quoted policy.

2

On 08/18/2025 I attempted to seek policy clarity with Warden Healy at Mainline. I was intercepted by Unit Manager B. Dugan before I was able to get a word in. She said she would speak with me after lunch Mainline and sent me on my way. After mainline I was called to her office where she told me not to speak to the warden. I spoke to her about my time credit issues and she called CMC Bright relaying the situation. I was told to wait while CMC Bright tried to fix the issue. Dugan advised this could take some time, I reminded her I'm in an administrative remedy process with deadlines. She said we could disregard the BP8 and BP9s and refile on the same issue. She made copies of the BP8, BP9, time credit assessment, rejection notice. She again made it clear for me to NOT speak with the Warden. I followed up by an electronic copout to CMC Bright [See Ex. 16].

Hearing no response, I mailed by BP10, BP9, BP8 to Region on issue no.2 [See Ex. 11] on 08/25/25.

On 09/16/25 at Case Manager Keshock's open house, CSW Keshock hands me my FSA Time Credit Assessment and says I "Should be grateful for the 6 months SCA and hope and pray there is bedspace." I ask if there is any indication my BP10 had been received. He calls Counsellor Parry in for assistance and they say check back in, in a few weeks. The next day Counsellor Parry hands me NERO's rejection. [See Ex. 12]

I do swear under penalty of perjury as per the laws of the United States of America that this statement is true and correct to the best of my knowledge.

Respectfully,

_____        02/18/2026
Brian DiPippa                    Date

3