**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: DiPippa, Brian | 66590-510 | BB | FCI-Elkton
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** I AM SEEKING RESTORATION OF FSA TIME CREDITS WRONGFULLY WITHHELD FROM ME. I WAS SENTENCED ON 01/06/25 AND ARRIVED AT ELKTON THE WEEK OF 02/26/25. I COMPLETED AND SUBMITTED THE FSA NEEDS SURVEY ON 02/26 AND ADDED MYSELF TO THE WAITING LIST FOR NRDAP (AN EBRR FOR WHICH I HAVE A NEED) THE SAME DAY. I WAS INFORMED ON 03/20 BY C.M. KESHOCK THAT MY ELECTRONIC SURVEY HAD NOT "POSTED"; THIS GLITCH WAS NOT FIXED UNTIL 05/08. I AM OWED ALL FSA TIME CREDITS FROM 02/26/25 - 05/08/25.

RELIEF REQUESTED: REQUEST MY FSA TIME CREDITS BE RESTORED BY THE WARDEN AS ALLOWED BY PS 5410.01, CN-2, CH. 9(a).

08/12/2025
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

CASE NUMBER: 1250748-F2

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

08.13.25
DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982