REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 13, 2025

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ELKTON FCI

TO  : BRIAN DIPIPPA, 66590-510
      ELKTON FCI    UNT: 3 GP    QTR: B06-027L
      P.O. BOX 129
      LISBON,  OH 44432

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1250748-F2      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : AUGUST 13, 2025
SUBJECT 1       : FSA TIME CREDITS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : BP 8 NOT ACCURATELY FILLED OUT