TRULINCS 66590510 - DIPIPPA, BRIAN - Unit: ELK-B-B

----

FROM: 66590510
TO: Unit BB
SUBJECT: ***Request to Staff*** DIPIPPA, BRIAN, Reg# 66590510, ELK-B-B
DATE: 08/14/2025 05:03:35 PM

To: CSW Keshock
Inmate Work Assignment: EDUC - EVE

Dear Mr. Keshock,

Thank you for speaking with me today after you handed me the rejection notice for the BP 9 regarding FSA Time Credits.

As we spoke about, the rejection reason on the BP 9 remarked that the "BP 8 not accurately filled out". I take this to understand that since my original BP 8 that I submitted last month on 07-08-2025 has yet to be responded to or returned to me, including the unresponded to photocopied BP 8 of my original submission was "inaccurate".

I also understand I have 5 days from today (08-14-2025) to resubmit my request "in proper form" and am requesting either the original BP 8 be responded to and provided or a note applied to my copy indicating that you have reached out to Psychology but that I have not received a response to date. With this information I should be able to resubmit in "proper form".

Thank you very much for you understanding and effort.
-Brian DiPippa

NOTE: NO RESPONSE as of 08/25/25 3PM