U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **DiPIPPA, BRIAN**   **66590-510**   **BB**   **FCI-ELKTON**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL   MY WARDEN REFUSED TO ACCEPT MY BP-9 BECAUSE MY UNIT TEAM WOULD NOT PROCESS MY BP-8 FOR OVER A MONTH. PER PS 1330.18/28 C.F.R. §542.10 I AM ENTITLED TO CONSIDER DELAY BEYOND TIME LIMITS AS A REJECTION AND MOVE TO THE NEXT LEVEL.

I ARRIVED AT FCI-ELKTON THE WEEK OF 02/26/25. I TOOK MY FSA NEEDS SURVEY ON TRULINCS AND SIGNED UP FOR NRDAP (AN EBRR FOR WHICH I HAVE A NEED) THAT WEEK. I WAS TOLD AT MY INITIAL UNIT TEAM ON 03/20/25 BY CM KESHOK THAT MY ELECTRONIC SURVEY HAD NOT "POSTED". DESPITE NUMEROUS E-MAILS AND DISCUSSIONS WITH STAFF, THIS GLITCH WAS NOT CORRECTED UNTIL 05/08/25. I AM OWED ALL FSA TIME CREDITS FROM 02/26/25-05/08/25.

RELIEF REQUESTED: PLEASE PROPERLY CREDIT ME WITH THE FSA TIME I EARNED FROM 02/26/25 - 05/08/25.

08/25/25   *Brian DiPippa*
DATE    SIGNATURE OF REQUESTER

Part B - RESPONSE

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
OFFICE OF THE REGIONAL COUNSEL

SEP 04 2025

NERO - PHILADELPHIA

---

DATE                                    REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

Part C - RECEIPT
                                         CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                              BP-230(13)
                                                     JUNE 2002