*Received on 9/17/25 @ 9:00 am by BBC BP Counselor*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 10, 2025

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : BRIAN DIPIPPA, 66590-510
      ELKTON FCI     UNT: 3 GP     QTR: B06-027L
      P.O. BOX 129
      LISBON, OH 44432

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1250748-R1      REGIONAL APPEAL
DATE RECEIVED   : SEPTEMBER 4, 2025
SUBJECT 1       : FSA TIME CREDITS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : PER THE INSTITUTION, YOU MUST MAKE CORRECTIONS TO
                  THE BP-8 AND RESUBMIT FOR CONSIDERATION.