U.S. Department of Justice     Exhibit 13    **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **DiPIPPA, BRIAN**    **66590-510**    **BB**    **FCI-ELKTON**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** ON 07/08/25 I TURNED IN MY BP-8 TO MY UNIT TEAM. I WAITED OVER 30 DAYS AND WAS TOLD BY CM KESHOCK THERE WAS NO PROGRESS. ON 08/12/2025 I FILED A BP-9 WITH WARDEN HEALY. HE REJECTED IT AND SAID I FIRST HAD TO FILE A BP-8, WHICH I ALREADY DID IN JULY. AS MY WARDEN WAS IGNORING 28 C.F.R. §542.10 AND PLACING BARRIERS IN THE REMEDY PROCESS I MOVED ON TO REGION. NERO, LIKEWISE, CHOSE TO IGNORE THAT I HAVE ALREADY ATTEMPTED TO TURN IN A BP-8 TO MY UNIT TEAM WHICH THEY REFUSE TO ANSWER. I AM NOW ATTEMPTING TO EXHAUST REMEDIES WITH CENTRAL OFFICE, WHICH IS MORE LIKELY HELPFUL ANYWAY, AS MY ISSUE IS POLICY-RELATED. I ARRIVED AT FCI-ELKTON THE WEEK OF 02/26/2025. I COMPLETED AND SUBMITTED MY FSA NEEDS SURVEY ON MY FIRST FULL DAY, AND SIGNED UP FOR NRDAP (AN EBRR FOR WHICH I HAVE A NEED) THAT WEEK. I WAS TOLD BY CM KESHOCK ON 03/20/25 THAT MY ELECTRONIC SURVEY HAD NOT "POSTED". DESPITE MULTIPLE EMAILS AND DISCUSSIONS WITH STAFF, THE ERROR WAS NOT FIXED UNTIL 05/08/25. RELIEF REQUESTED: PLEASE AWARD ME CREDITS FOR FSA I EARNED FROM 02/26/25 - 05/08/25.

**09/23/25**            *Brian DiPippa*
DATE                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

> RECEIVED
> NOV 1 3 2025
> Administrative Remedies
> Federal Bureau of Prisons

---

DATE                      GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE      CASE NUMBER: **1250748**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE             SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN        PRINTED ON RECYCLED PAPER        BP-231(13) JUNE 2002