TRULINCS 66590510 - DIPIPPA, BRIAN - Unit: ELK-B-B

---

FROM: Psychology
TO: 66590510
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/11/2025 10:52:02 AM

Your request has been forwarded.

---

From: ~^! DIPIPPA, ~^!BRIAN <66590510@inmatemessage.com>
Sent: Wednesday, June 11, 2025 9:51 AM
Subject: ***Request to Staff*** DIPIPPA, BRIAN, Reg# 66590510, ELK-B-B

To: Dr. Cole
Inmate Work Assignment: EDUC - EVE

Thank you for looking into the issue. Has there been an update or resolution?
-----Psychology on 6/2/2025 1:52 PM wrote:

>
Standby while we look into this.

---

From: ~^! DIPIPPA, ~^!BRIAN <66590510@inmatemessage.com>
Sent: Monday, June 2, 2025 11:54 AM
Subject: ***Request to Staff*** DIPIPPA, BRIAN, Reg# 66590510, ELK-B-B

To: Dr. Cole
Inmate Work Assignment: EDUC - EVE

Hello Dr. Cole,

I believe we met during initial intake and screening and you were helpful in placing me on waiting lists. I was wondering if you would be able to help me with an issue? Upon my arrival here on 02.26.25 I completed the surveys on TRULINCS. I believe these are the SPARC-13 assessments. At my initial assessment with my Case Manager on 03.20.25 I was informed "There was a delay in posting the survey". At a follow up meeting on 05.06.25 I was informed "The surveys did not take". Case Worker Keshock printed out the survey and I completed it (again).

The impact of the initial survey I completed not being properly recorded is my FSA days have been in "disallowed" status since 02.26.25. Would you be able to apply my 02.26.25 needs assessment that I completed via TRULINCS and update the time credit assessment accordingly?

Thank you for your assistance,
Brian Di Pippa