TRULINCS 66590510 - DIPIPPA, BRIAN - Unit: ELK-B-B

---

FROM: 66590510
TO: CMC
SUBJECT: ***Request to Staff*** DIPIPPA, BRIAN, Reg# 66590510, ELK-B-B
DATE: 08/18/2025 01:28:42 PM

To: Ms. Bright
Inmate Work Assignment: EDUC - EVE

Hello Ms. Bright,

I spoke with BB Unit Manager Dugan today and believe she called seeking assistance in the effort of remedying a FSA Time Credit issue I am having.

I'd like to offer a brief background summary to add context.

I arrived at Elkton on 02/26/2025 and completed the SPARC-13 surveys via TRULINCS the same day. I received no notice of any issue until I spoke with Case Manager Keshock at my Initial Assessment. He informed me that "there was a delay in posting the survey". He tried to resolve the issue with Psychology but unfortunately was not successful. He printed out a paper version on 05/06/2025, which I completed the same day noting that it was a "retake of 02/26/2025". I subsequently sent a follow-up copout to Psychology in an attempt at resolution. As a result of the survey not being correctly registered on the original day I completed it on TRULINCS, I was disallowed 71 Program days (02-26-2025 to 05-08-2025) for the "missing needs assessment".

I filed a BP8 on 07/08/2025 did not receive a response and proceeded to the BP9, which was rejected on 08/13/2025 because the BP8 was not responded to.

Thank you for any assistance you may be able to offer in restoring my FSA Time Credits.

-Brian DiPippa

NOTE: No Response as of 08/25/25 3pm