# FSA Time Credit Assessment
Register Number:66590-510, Last Name:DIPIPPA

U.S. DEPARTMENT OF JUSTICE             FEDERAL BUREAU OF PRISONS

```
Register Number....: 66590-510          Responsible Facility: ELK
Inmate Name                             Assessment Date.....: 01-08-2026
   Last............: DIPIPPA            Period Start/Stop...: 02-26-2025 to 01-08-2026
   First...........: BRIAN              Accrued Pgm Days....: 245
   Middle..........:                    Disallowed Pgm Days.: 71
   Suffix..........:                    FTC Towards RRC/HC..: 0
Gender.............: MALE               FTC Towards Release.: 100
Start Incarceration: 01-06-2025         Apply FTC to Release: Yes
```

```
Start        Stop         Pgm Status    Pgm Days
02-26-2025   05-08-2025   disallow      71
 Missing needs assessment(s).
   Anger/Hostility
   Antisocial Peers
   Cognitions
   Family/Parenting
----------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
05-08-2025   09-22-2025   accrue        137
  Accrued Pgm Days...: 137
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 40
----------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
09-22-2025   01-08-2026   accrue        108
  Accrued Pgm Days...: 108
  Carry Over Pgm Days: 17
  Time Credit Factor.: 15
  Time Credits.......: 60
--- FSA Assessment(s) ------------------------------------------------
#    Start        Stop         Assignment   Asn Start           Factor
001  02-26-2025   03-26-2025   R-LW         03-19-2025 10:11    10
002  03-26-2025   09-22-2025   R-LW         03-19-2025 10:11    10
003  09-22-2025   03-21-2026   R-LW         08-29-2025 13:12    15
```

FSA Time Credit Assessment
Register Number:66590-510, Last Name:DIPIPPA

U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
01-08-2026. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
Projected Release Date: 10-02-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 06-24-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 01-10-2027
SCA Recommended Placement Days (Following 5 Factor Review): 180
SCA Recommended Placement Date: 07-14-2026
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: 07-14-2026
Max. Statutory HC Placement Date (if approp.): 07-12-2026
Recommended HC Placement Date (if approp.): 07-14-2026