To Whom It May Concern, Date: 10/7/26

I was incarcerated with inmate Brian DiPippa, Federal Inmate #66590-510, while housed at the Butler County Prison in Butler, Pennsylvania.

While housed at Butler County, the BOP did not make available to us their FSA Needs Survey, nor were we allowed to join the waiting lists for BOP programs there. However, I did witness him participating in several programs that we were allowed to take, including working as a Unit Orderly and Kitchen Worker, and earning certificates in Parenting and Anger Management. He attended religious services and organized a poetry, art, and spoken-word social event at our gymnasium. He frequently engaged in leisure and fitness activities at our recreation area.

I do swear and attest under penalty of perjury as per the laws of the United States of America that this statement is true and correct to the best of my knowledge.

Respectfully,

Kailin Stewart    # 26878510
FCI Elkton
P. O. Box 10
Lisbon, Ohio 44432