Exhibit 20

To Whom It May Concern,                                          Date: 10/7/25

    I was incarcerated with inmate Brian DiPippa, Federal Inmate #66590-510, while housed at the Northeast Ohio Correctional Center (NEOCC) in Youngstown, Ohio.

    While housed at NEOCC, the BOP did not make available to us their FSA Needs Survey, nor were we allowed to join the waiting lists for BOP programs there. However, I did witness him participating in several programs that we were allowed to take, including regular movie and speaker discussion events held in the gym, in-unit trivia nights, and frequently engaged in leisure and fitness activities in the recreation area.

    I do swear and attest under penalty of perjury as per the laws of the United States of America that this statement is true and correct to the best of my knowledge.

Respectfully,


_Kailio Stewart_                           # 26898510
FCI Elkton
P. O. Box 10
Lisbon, Ohio 4432