

| | | | |
|---|---|---|---|
| **Individualized Needs Plan - Initial Classification (Inmate Copy)** | | SEQUENCE: | 02412125 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: | 03-20-2025 |
| Plan is for inmate: DIPIPPA, BRIAN  66590-510 | | | |

| | | | |
|---|---|---|---|
| Facility: | ELK ELKTON FCI | Proj. Rel. Date: | 10-02-2027 |
| Name: | DIPIPPA, BRIAN | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 66590-510 | DNA Status: | ELK09878 / 02-26-2025 |
| Age: | 38 | | |
| Date of Birth: | 10-01-1986 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Inmate Photo ID Status

No photo ID - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | TMP UNT | WAITING JOB IF MEDICALLY CLEAR | 02-26-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 03-05-2025 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-05-2025 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK | C | AIDS AWARENESS-RPP<HN> | 03-13-2025 | 03-13-2025 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-04-2025 |
| SCRN1 | CCM: HEALTHY/SIMPLE CARE | 01-30-2025 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-05-2025 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-05-2025 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 03-19-2025 |
| NR WAIT | NRES DRUG TMT WAITING | 03-04-2025 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

*** NO FRP DETAILS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,025.00        Payments commensurate ?   Y

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 03-19-2025  Surveys completed 02/27/25 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-19-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-06-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 03-19-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 02-26-2025 |



## Individualized Needs Plan - Initial Classification   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 02412125
Team Date: 03-20-2025

Plan is for inmate: DIPIPPA, BRIAN  66590-510

| Assignment | Description | Start |
|---|---|---|
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 02-26-2025 |
| N-WORK N | NEED - WORK NO | 03-05-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 03-19-2025 |

### Progress since last review
No progress to report due to the proximity of your arrival date. You are on the waiting list for Criminal Thinking and Occupational Education.

### Next Program Review Goals
Complete the SPARC-13 survey to assess your First Step Act needs and enroll in Inside and Out Wellness.

### Long Term Goals
Complete the EBRR/PA Programs to address First Step Act assessed needs in Anger/Hostility, Anti-Social Peers, Cognitions, Finance /Poverty, Medical, Rec/Fitness/Leisure, Substance Abuse, Trauma, and Work, complete RDAP (if eligible), maintain clear conduct, save funds for release, achieve satisfactory work ratings, participate in the Inmate Financial Responsibility Program in effort to satisfy your court-imposed financial obligations, and complete all core topics of the Release Preparation classes by 10-02-2027.

### RRC/HC Placement
Recommended Placement in a range between 151-180 days.

### Comments
Save funds for release.

---

Halfway House

AG CARES ACT: Age, Security level, conduct, PATTERN Risk score, reentry plan to prevent recidivism & maximize Public safety, crime of conviction

Second Chance Act:

First Step Act (2018):
Public Law 115-391