Exhibit 24



| Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02412125 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 09-04-2025 |
| Plan is for inmate: DIPIPPA, BRIAN  66590-510 | |

| | | | |
|---|---|---|---|
| Facility: | ELK ELKTON FCI | Proj. Rel. Date: | 09-02-2027 |
| Name: | DIPIPPA, BRIAN | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 66590-510 | DNA Status: | ELK09878 / 02-26-2025 |
| Age: | 38 | | |
| Date of Birth: | 10-01-1986 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Inmate Photo ID Status**

| No photo ID - Expiration: null |
|---|

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | EDUC EVE | EDUCATION EVENINGS | 03-21-2025 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 03-05-2025 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-05-2025 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK | | S-NCCER CORE | 07-10-2025 | CURRENT |
| ELK | C | FCI PUBLIC SPEAKING | 04-27-2025 | 06-15-2025 |
| ELK | C | CR-RESIDENTIAL REENTRY CENTER | 06-17-2025 | 06-17-2025 |
| ELK | C | CR-UNITED STATES PROBATION | 06-17-2025 | 06-17-2025 |
| ELK | C | MAIL/PROPERTY/RELEASE INFORMAT | 06-03-2025 | 06-03-2025 |
| ELK | C | PF/CONS SKILLS/BANKING/BUDG/CR | 06-03-2025 | 06-03-2025 |
| ELK | C | EMPLOYMENT/SEARCH/INTERV/RESU | 06-03-2025 | 06-03-2025 |
| ELK | C | HEALTH/NUTRITION/HIV/HEALTH LS | 06-03-2025 | 06-03-2025 |
| ELK | C | SUCS STORY/DEC | 06-03-2025 | 06-03-2025 |
| ELK | C | AIDS AWARENESS-RPP<HN> | 03-13-2025 | 03-13-2025 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-30-2025 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-04-2025 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-05-2025 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-05-2025 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 04-29-2025 |
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 03-19-2025 |
| NR WAIT | NRES DRUG TMT WAITING | 03-04-2025 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 07-22-2025 |
|---|---|---|---|
| Inmate Decision: | AGREED | $50.00 | Frequency: MONTHLY |



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DIPIPPA, BRIAN  66590-510

SEQUENCE: 02412125
Team Date: 09-04-2025

| Most Recent Payment Plan |
| --- |

Payments past 6 months:      **$50,425.03**          Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | | Balance | | Payable | | Status | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | ASSMT | $200.00 | | $0.00 | | IMMEDIATE | | COMPLETEDZ | | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | | Amount | |
| | | | 03-20-2025 | ELK | PAYMENT | OUTSIDE | | | $200.00 | |
| 2 | REST NV | $50,225.03 | | $0.00 | | IMMEDIATE | | COMPLETEDZ | | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | | | Amount | |
| | | | 07-22-2025 | ELK | PAYMENT | OUTSIDE | | | $24,912.03 | |
| | | | 07-12-2025 | ELK | PAYMENT | INSIDE PMT | | | $50.00 | |
| | | | 06-12-2025 | ELK | PAYMENT | INSIDE PMT | | | $50.00 | |
| | | | 05-13-2025 | ELK | PAYMENT | INSIDE PMT | | | $50.00 | |
| | | | 04-12-2025 | ELK | PAYMENT | INSIDE PMT | | | $50.00 | |
| | | | 03-20-2025 | ELK | PAYMENT | OUTSIDE | | | $25,113.00 | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:    $2,686.76          Payments commensurate ?    Y

New Payment Plan:    ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
| --- | --- | --- |
| AWARD | EBRR INCENTIVE AWARD | 03-19-2025 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-19-2025 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 08-29-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-29-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 08-29-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-06-2025 |
| N-EDUC N | NEED - EDUCATION NO | 08-29-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 08-29-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-29-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-29-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 08-29-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-29-2025 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-29-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 08-29-2025 |
| N-WORK N | NEED - WORK NO | 08-29-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-29-2025 |

**Progress since last review**

You are currently enrolled in NCCEWR Core. You complete the core topics of release preparation, Arthritis Foundation Walk with Ease, Academic Success, and Public Speaking since your last review. You are on the Waitlist for Criminal Thinking, Talking with Your Doctor, Inside and Out Wellness, Occupational education, Family Programming for Men, and Non-residential Drug Treatment.

**Next Program Review Goals**

Enroll in Introduction to Fitness and enroll in an ACE class by your next team. Pick any of the following classes, (American Sign Language, Logistics and Courier, Life Skills for Success, Ethics, Introduction to English, Horticulture, Elements of the 1040, Formative US History, Investment in Real Estate, Math for Skilled Trades, Public Speaking, Typical Home Construction, Home Inspection, Basic Residential HVAC, Beekeeping, Algebra I, CDL, Analyzing Literature, CDL Pre-Trip/Inspection

**Long Term Goals**

Complete Non-Residential Drug Treatment, maintain clear conduct, and complete a resume to assist with job placement by 9-02-2027.

**RRC/HC Placement**

Recommended Placement in a range between 151-180 days.

**Comments**

Save funds for release.