NAME: BRIAN DIFILIPPA
REG#: 66590-510
FCI CORRECTIONAL INSTITUTION ELKTON
P.O. BOX 10
LISBON, OHIO 44432

CERTIFIED MAIL

9589 0710 5270 2872 3029 06

U.S. POSTAGE PAID
FCM LG ENV
LISBON, OH 44432
FEB 23, 2026
$0.00
S2324K502723-03

⇔66590-510⇔
Clerk Of Courts
125 Market ST
Rm. 337
Youngstown, OH 44503
United States