UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
--------------------------------------------------------

|  |  |  |
|---|---|---|
| BRIAN DIPIPPA, | : | CASE NO. 4:26-CV-487 |
|  | : |  |
| Petitioner, | : |  |
|  | : |  |
| vs. | : | ORDER OF REFERRAL |
|  | : |  |
| WARDEN FCI - ELKTON, | : |  |
|  | : |  |
| Respondent. | : |  |
|  | : |  |

--------------------------------------------------------

Petitioner, Brian DiPippa, filed a motion pursuant to Title 28 U.S.C. Section 2241. This case does not necessitate a case management conference as contemplated by LR 16.3(a). This case is hereby assigned to the Administrative Track.

Upon consideration, and pursuant to LR 72.2 et seq., this matter is hereby referred for a Report and Recommended decision to Magistrate Judge Jennifer Dowdell Armstrong, which referral shall include the issuance by the Magistrate Judge of any order requiring the respondent to answer, service of the petition or any appropriate order directed to this matter, pursuant to Rule 4 of the Federal Rules of Civil Procedure governing Habeas Corpus cases.

IT IS SO ORDERED.

Date: March 25, 2026

_____
CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE

-1-