UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DIPIPPA, | ) | CASE NO. 4:26CV487 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| WARDEN FCI - ELKTON | ) | |
| | ) | |
| Respondent. | ) | ORDER |

A petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed in this

Court.    The Petition is before the undersigned United States magistrate judge for the preparation

of a report and recommendation.    The Court, having examined the petition, cannot determine

from its face that Petitioner is not entitled to relief.    Therefore:

(1)    Respondent shall file an Answer to the Petition within 45 days from the date of this
        Order and show cause why the petition should not be granted and the writ prayed for
        issued.

(2)    Petitioner shall have 45 days from the date of the filing of the Answer to reply by filing a
        Traverse.

(3)    Respondent shall have seven (7) days from the filing of the Traverse to respond by filing
        a Reply. Respondent should reply to the Traverse when the Traverse raises issues or
        arguments not addressed in the Answer. The Court shall consider Respondent's decision
        not to file a Reply as certification that all issues and arguments raised by Petitioner have
        been fully addressed.

Briefs filed by the parties shall contain a summary of the facts and evidence upon which they

rely and shall make specific reference to those portions of the record (Page and Exhibit Number) in support.    Briefs shall also contain statements of the applicable law, citations to relevant case and statutory authorities, and legal analysis of the claim in issue.    Where applicable, the record should be filed in multiple volumes, rather than a single voluminous volume, and electronic portable document format (PDF) filings shall be bookmarked.

When a party has a change of address, the party must immediately inform the Court of the new address or risk the waiver of his/her right to present arguments and/or the dismissal of his/her case.

The Clerk is hereby instructed to forward a copy of the petition and this Order to Respondent, the Attorney General of the United States, and the Office of the United States Attorney, Northern District of Ohio.

**IT IS SO ORDERED.**

Dated: 3/25/2026

s/ *Jennifer Dowdell Armstrong*
Jennifer Dowdell Armstrong
United States Magistrate Judge

2