FILED

APR - 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
EASTERN DIVISION

BRIAN DIPIPPA,

    Petitioner,

v.

WARDEN, FCI ELKTON,

    Respondent.

)
)
)
)
)
)
)
)

Case No. 4:26-cv-00487-CEF

Judge Charles E. Fleming

Mag. Judge Jennifer Dowdell Armstrong

## PETITIONER'S NOTICE OF FILING OF OMITTED EXHIBIT

    Petitioner Brian DiPippa, proceeding pro se, respectfully files this Notice to submit Exhibit 22, which was included with the original filing materials but was inadvertently omitted from the electronic record when the Petition and supporting exhibits were docketed on February 26, 2026. (Dkt. 1, 2.)

    Exhibit 22 is the Declaration of Daniel Simon, Reg. No. 38850068, dated October 7, 2025, executed at FCI Elkton, Lisbon, Ohio. Mr. Simon was incarcerated with Petitioner at the Northeast Ohio Correctional Center (NEOCC) in Youngstown, Ohio. His declaration attests that while housed at NEOCC, the BOP did not make the FSA Needs Survey available to inmates and did not permit inmates to join waiting lists for BOP programs. Mr. Simon further attests that he witnessed Petitioner participating in the programs that were available, including regular movie and speaker discussion events, in-unit trivia nights, and leisure and fitness activities.

    This exhibit is relevant to Petitioner's Claim 1 (denial of credits for the period from January 6, 2025 through February 26, 2025) and corroborates that Petitioner participated in productive activities at NEOCC to the extent permitted and that the BOP failed to make FSA programming or needs assessments available at that facility.

    The exhibit was referenced in the original Petition's exhibit index as Exhibit 22 and was included in the materials Petitioner submitted for filing. Its omission from the docket appears to have been an inadvertent error during the electronic filing process. Petitioner files the exhibit now to ensure the record is complete.

    A true and correct copy of Exhibit 22 is attached hereto.

Respectfully submitted,

_Brian DiPippa_

Brian DiPippa, Pro Se

Reg. No. 66590-510

P.O. Box 23430

Pittsburgh, Pennsylvania 15222

Date: 03/30/2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I deposited a true and correct copy of the foregoing Notice of Filing of Omitted Exhibit, together with the attached Exhibit 22, in the mail, postage prepaid, addressed to:

Office of the United States Attorney

Northern District of Ohio

801 West Superior Avenue, Suite 400

Cleveland, Ohio 44113

Date: 03/30/2026

Brian DiPippa, Pro Se