To Whom It May Concern,                                    Date: 10/7/25

 

I was incarcerated with inmate Brian DiPippa, Federal Inmate #66590-510, while housed at the Northeast Ohio Correctional Center (NEOCC) in Youngstown, Ohio.

While housed at NEOCC, the BOP did not make available to us their FSA Needs Survey, nor were we allowed to join the waiting lists for BOP programs there. However, I did witness him participating in several programs that we were allowed to take, including regular movie and speaker discussion events held in the gym, in-unit trivia nights, and frequently engaged in leisure and fitness activities in the recreation area.

I do swear and attest under penalty of perjury as per the laws of the United States of America that this statement is true and correct to the best of my knowledge.

Respectfully,


Daniel Simon Daniel Simon     # 388 50068
FCI Elkton
P. O. Box 10
Lisbon, Ohio 4432



The Law & Finance Building
429 Fourth Avenue, Suite 2101
Pittsburgh, PA 15219
412-765-1100
derisolaw.com

March 18, 2026

**Dear Brian,**

On behalf of DeRiso Law Group, it is our pleasure to extend this formal offer of employment for the position of Legal Technology Assistant. We are excited about the experience and perspective you bring to our team and look forward to welcoming you to the firm.

## Terms of Employment

Your employment will begin on Monday, March 23, 2026, at our offices located at 429 Fourth Ave, Suite 2101, Pittsburgh, PA 15219. This is a full-time position of 40 hours per week, with core working hours of 8:30 AM to 5:30 PM. Your starting annual salary will be $41,600, paid in accordance with the firm's standard payroll schedule. This role will require occasional travel to federal, state, and county courts located in downtown Pittsburgh. You will report directly to Michael DeRiso and Jim Smith. Occasional work may be required outside of regular scheduled hours, and a firm laptop will be provided to support remote and after-hours work as needed.

## Primary Responsibilities

- Managing and maintaining the firm's legal software applications to ensure reliability and performance.
- Providing training and support to attorneys and staff on the effective use of legal technology.
- Troubleshooting and resolving issues with hardware, software, and network connectivity in a timely manner.
- Providing dedicated technical support and digital operations assistance to ensure seamless trial readiness and courtroom technology performance.
- Accompanying counsel to hearings and proceedings in federal and state courthouses.
- Assisting with courtroom preparation, document organization, and case management including scanning, indexing, and maintaining organized digital and physical records across firm databases.

## At-Will Employment

Your employment with DeRiso Law Group is at-will, meaning that either you or the firm may terminate the employment relationship at any time, with or without cause or notice. This offer letter does not constitute a contract of employment for any specific duration.

Please indicate your acceptance of this offer by signing and returning a copy of this letter by March 20, 2026. We look forward to working with you and are glad to answer any questions you may have.

Sincerely,


**Michael DeRiso**
Attorney ID: 76555
DeRiso Law Group

**Jim Smith**
DeRiso Law Group

---

## Acceptance of Offer

By signing below, I, Brian DiPippa, confirm that I have read, understood, and accept the terms of employment outlined in this offer letter.

Signature: _____     Date: _____

Printed Name: Brian DiPippa

## RE: [EXTERNAL] DiPippa Doc. requests



**From**  Mike Blough <mblough@renewalinc.com>

**To**  Brian <brian@newday.host>

**Date**  2026-03-30 11:32 am

📄 DiPippa Letter.pdf (~1.8 MB)

Letter is attached

I sent this letter on Friday and they have no responded as of yet.  You can write a BP-10 to the region in regards to you not being allowed inside for court cases as you are still serving your Federal sentence.

You have to request any documents that you're requesting to the Bureau of Prisons as you have to go through them as I am not allowed to give you anything from your file.

Thanks,

From: Brian [mailto:brian@newday.host]
Sent: Sunday, March 29, 2026 6:56 PM
To: Mike Blough <mblough@renewalinc.com>
Subject: [EXTERNAL] DiPippa Doc. requests

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mr. Blough,

Three quick requests:

1. I wasn't able to copy the DeRiso offer letter before I passed it to you. Could I get a copy or make one?

2. When the RRM responds regarding any restrictions on courtroom appearances, may I have a copy of whatever they put in writing?

3. For my civil court case, I need copies of my SENTRY programming history and any participation logs showing the programs and productive activities I've been involved in. I want to make sure my records are accurate and complete. Could you help me get those, or point me to the right person to request them from?

I appreciate your help with all of this.

Thank you,
Brian

Legal Disclaimer

Confidentiality Notice: E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Any questions should be directed to Renewal Incorporated at 412-690-2445 or e-mail HelpDesk@Renewalinc.com

Legal Disclaimer

Confidentiality Notice: E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Any questions should be directed to Renewal Incorporated at 412-690-2445 or e-mail HelpDesk@Renewalinc.com

**Exhibit 29**

# TIMELINE OF CUSTODY, PROGRAMMING, AND EARNED CREDITS

DiPippa v. Warden, FCI Elkton, Case No. 4:26-cv-00487-CEF

## A. Custody and Facility Timeline

| Date | Event | Facility | Record Cite |
|---|---|---|---|
| June 30, 2023 | Taken into custody | Butler County Prison | |
| **Jan. 6, 2025** | **Sentenced.** Federal sentence commenced. 18 U.S.C. § 3585(a). | Butler County Prison | |
| Jan. 8, 2025 | Transferred to NEOCC. | NEOCC, Youngstown, OH | |
| Jan. 22, 2025 | Entered federal custody. | NEOCC | |
| **Feb. 26, 2025** | **Arrived at designated BOP facility.** | FCI Elkton, Lisbon, OH | Dkt. 2-22 |
| Feb. 27, 2025 | Completed SPARC-13 needs assessment (first available opportunity). | FCI Elkton | Dkt. 2-7 |
| Mar. 20, 2025 (approx.) | BOP completed initial classification; placed into programming. | FCI Elkton | Dkt. 2-22 |

## B. Uncredited Programming Periods

| Period | Dates | Program Days | Credits (at 10/30) | BOP Basis for Denial |
|---|---|---|---|---|
| **Period 1** | Jan. 6, 2025 – Feb. 26, 2025 | ~50 days | ~16–17 days | Credits cannot begin before arrival at designated facility. (Dkt. 2-3.) |
| **Period 2** | Feb. 26, 2025 – May 8, 2025 | ~71 days | ~23–24 days | SPARC-13 assessment not recorded in TruLincs (electronic system error). (Dkt. 2-7, 2-10.) |
| **TOTAL** | | **~121 days** | **~40 days** | |

| Release Date Calculation | |
|---|---|
| BOP Current Conditional Release Date: | **January 10, 2027 (Dkt. 2-17)** |
| Minus ~40 days of uncredited FSA Time Credits: | **~ 40 days** |
| Corrected Projected Release Date: | **Approximately late November 2026** |

## C. Administrative Remedy Timeline

| Date | Action | Claim | Record Cite |
|---|---|---|---|
| July 8, 2025 | Informal Resolution Request filed | Claim 2 | Dkt. 2-6 |
| Aug. 12, 2025 | BP-9 filed | Claim 2 | Dkt. 2-8 |
| Aug. 13, 2025 | BP-9 rejected | Claim 2 | Dkt. 2-9 |
| Aug. 14, 2025 | Informal Resolution Request filed | Claim 1 | Dkt. 2-1 |
| Aug. 25, 2025 | Regional Appeal (BP-10) filed | Claim 2 | Dkt. 2-11 |

| Sept. 10, 2025 | Regional Appeal rejected (NERO) | Claim 2 | Dkt. 2-12 |
| Sept. 17, 2025 | BP-9 filed | Claim 1 | Dkt. 2-2 |
| Sept. 23, 2025 | Central Office Appeal (BP-11) filed | Claim 2 | Dkt. 2-13 |
| Oct. 8, 2025 | Warden Healy denied BP-9 | Claim 1 | Dkt. 2-3 |
| Oct. 10, 2025 | Regional Appeal (BP-10) filed | Claim 1 | Dkt. 2-4 |
| Nov. 20, 2025 | Central Office rejection | Claim 2 | Dkt. 2-14 |
| Nov. 24, 2025 | Central Office Appeal (BP-11) filed | Claim 1 | Dkt. 2-5 |
| Dec. 22, 2025 | Regional denial (Acting Regional Director Baysore) | Claim 1 | Dkt. 2-4 |

## D. Litigation Timeline and Mootness Risk

| Date | Event | Status |
|------|-------|--------|
| Feb. 20, 2026 | Petition placed in institutional mailbox at FCI Elkton. *Houston v. Lack*, 487 U.S. 266 (1988). | Complete |
| Feb. 24, 2026 | Transferred to Renewal Inc., Pittsburgh, Pennsylvania. | Complete |
| Feb. 26, 2026 | Petition and exhibits filed. (Dkt. 1, 2.) | Complete |
| Mar. 25, 2026 | Case referred to Mag. Judge Armstrong; Initial Order issued. (Dkt. 3, 4.) | Complete |
| May 9, 2026 | Answer due (45 days from Initial Order). | Pending |
| June 23, 2026 | Traverse due (45 days after Answer). | Pending |
| Late June 2026 | Briefing closes at earliest. | Projected |
| Fall 2026 | R&R prepared; 14-day objection period; Judge Fleming review. | Projected |
| **Late Nov. 2026** | **Corrected release date. Relief after this date is effectively meaningless.** | **AT RISK** |
| Jan. 10, 2027 | BOP current Conditional Release date (without credit correction). | BOP Projected |

Prepared by Brian DiPippa, Pro Se, Reg. No. 66590-510. Filed in support of Petition for Writ of Habeas Corpus (Dkt. 1), Motion to Expedite Briefing Schedule, and Declaration of Petitioner.



The Law & Finance Building
429 Fourth Avenue, Suite 2101
Pittsburgh, PA 15219
412-765-1100
**derisolaw.com**

March 26, 2026

**Dear Brian,**

On behalf of DeRiso Law Group, it is our pleasure to extend this formal offer of employment for the position of Legal Technology Assistant. We are excited about the experience and perspective you bring to our team and look forward to welcoming you to the firm.

## Terms of Employment

Your employment will begin on Thursday, March 26, 2026, at our offices located at 429 Fourth Ave, Suite 2101, Pittsburgh, PA 15219. This is a full-time position of 40 hours per week, with core working hours between 8:30 AM to 5:30 PM. Your starting annual salary will be $41,600, paid in accordance with the firm's standard payroll schedule. You will report directly to Michael DeRiso and Jim Smith. Occasional work may be required outside of regular scheduled hours, and a firm laptop will be provided to support remote and after-hours work as needed.

## Primary Responsibilities

- Managing and maintaining the firm's legal software applications to ensure reliability and performance.
- Providing training and support to attorneys and staff on the effective use of legal technology.
- Troubleshooting and resolving issues with hardware, software, and network connectivity in a timely manner.
- Providing dedicated technical support and digital operations assistance to ensure seamless trial readiness and courtroom technology performance.
- Assisting with document organization, and case management including scanning, indexing, and maintaining organized digital and physical records across firm databases.

## At-Will Employment

Your employment with DeRiso Law Group is at-will, meaning that either you or the firm may terminate the employment relationship at any time, with or without cause or notice. This offer-letter does not constitute a contract of employment for any specific duration.

Please indicate your acceptance of this offer by signing and returning a copy of this letter by March 26, 2026. We look forward to working with you and are glad to answer any questions you may have.

Sincerely,

**Michael DeRiso**
Attorney ID: 70550
DeRiso Law Group

**Jim Smith**
DeRiso Law Group

---

## Acceptance of Offer

By signing below, I, Brian DiPippa, confirm that I have read, understood, and accept the terms of employment outlined in this offer letter.

Signature: _____  Date: 3/26/26

Printed Name: Brian DiPippa