**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
EASTERN DIVISION

FILED

APR - 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| BRIAN DIPIPPA,<br>Petitioner,<br><br>v.<br><br>WARDEN, FCI ELKTON,<br>Respondent. | )<br>)<br>)<br>)  Case No. 4:26-cv-00487-CEF<br>)  Judge Charles E. Fleming<br>)  Mag. Judge Jennifer Dowdell Armstrong<br>)<br>) |

### PETITIONER'S MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY

Petitioner Brian DiPippa, proceeding pro se, respectfully moves this Court for leave to file documents electronically through the CM/ECF system pursuant to Local Rules 5.1(c) and 49.2(c). Petitioner seeks this access for future filings in this case, including his Traverse and any supplemental exhibits.

Petitioner has an upgraded PACER account with multifactor authentication enabled and has attempted to register for e-filing access in this district. The Clerk's office denied the registration, advising that pro se filers may be permitted to file electronically in the Northern District of Ohio only when the Court has granted such request by order. Petitioner therefore respectfully requests that order.

Petitioner is currently placed at Renewal Inc. in Pittsburgh, Pennsylvania, and is able to obtain passes to access computers at the public library and law library. He maintains an active email address for receiving electronic notifications from the Court. Petitioner has decades of professional experience in computer science and information technology, including work as a network engineer, and is fully capable of creating PDF documents, managing electronic files, and navigating the CM/ECF system. His original Petition and supporting exhibits (Dkt. 1, 2) were prepared pro se and organized with 24 numbered exhibits, demonstrating his ability to present filings consistent with the Court's requirements. The Court's Initial Order (Dkt. 4) directs that PDF filings shall be bookmarked, and Petitioner is prepared to comply with that requirement.

Electronic filing access would serve the interests of this case. Petitioner has filed a Motion to Expedite Briefing Schedule based on the risk that the current litigation timeline may not resolve this matter before the relief sought becomes unavailable. Paper filings require three to five days of mail transit in each direction, which is material given the time-sensitive nature of this habeas proceeding. E-filing would allow Petitioner to file his Traverse and any responsive pleadings promptly upon receipt of the government's Answer.

For the foregoing reasons, Petitioner respectfully requests that the Court grant him leave to register for and use the CM/ECF system to file documents electronically in this case.

Respectfully submitted,

_Brian DiPippa_ _(signature)_

Brian DiPippa, Pro Se

Reg. No. 66590-510

P.O. Box 23430

Pittsburgh, Pennsylvania 15222

Date: 03/30/2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I deposited a true and correct copy of the foregoing Motion in the mail, postage prepaid, addressed to:

Office of the United States Attorney

Northern District of Ohio

801 West Superior Avenue, Suite 400

Cleveland, Ohio 44113

Date: 03/30/2026

_Brian DiPippa_ _(signature)_

Brian DiPippa, Pro Se