## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DiPIPPA, | ) | CASE NO. 4:26-CV-487 |
| Plaintiff, | ) | |
| | ) | U.S. DISTRICT JUDGE |
| | ) | CHARLES E. FLEMING |
| v. | ) | |
| | ) | U.S. MAGISTRATE JUDGE |
| WARDEN FCI-ELKTON | ) | JENNIFER DOWDELL ARMSTRONG |
| Defendant. | ) | |
| | ) | **ORDER** |

Now pending is Plaintiff's Motion for Leave to File Documents Electronically.  ("Motion," ECF No. 10).  The record before the Court does not present circumstances which warrant access to the electronic filing system as a *pro se* litigant.  Because the Court finds that the majority of the issues raised in Plaintiff's Motion will be resolved by registering for read-only access, which does not require permission from the Court, the Motion is DENIED.  A copy of the application for read-only electronic filing privileges is attached to this order.

   **IT IS SO ORDERED.**

   Dated: April 7, 2026

*/s Jennifer Dowdell Armstrong*
Jennifer Dowdell Armstrong
U.S. Magistrate Judge

1