**PRO SE LITIGANT REGISTRATION FOR <span style="color:red">ELECTRONIC NOTIFICATION (READ ONLY)</span>**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

This form is used to register for a "read only" account on the Northern District of Ohio Electronic Filing System. Registered pro se applicants will have privileges to view electronic docket sheets and documents. By registering, pro se applicants consent to receiving electronic notice of filings through the system. Notice will be sent by email rather than on paper. The following information is required for registration:

First Name: _____  Middle Name: _____

Last Name: _____  Generation (Sr., Jr., etc.): _____

Address: _____

_____

City: _____  State: _____  Zip Code: _____

Telephone Number: _____  Fax Number: _____

Email Address: _____

**By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed.R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's electronic filing system.**

_____     _____
Signature of Pro Se Applicant                           Date

           Submit completed Registration Form to:    Christian M. Capece, Clerk
United States District Court
Attention: Electronic Filing System Registration
801 West Superior Avenue
Cleveland, OH 44113-1830

Once your registration is complete, you will receive further instructions via email to complete the process. Procedures for using the system will be available for downloading when you access the system via the Internet. You may contact the Electronic Filing Help Desk in the Clerk's Office at 1-800-355-8498 if you have any questions concerning the registration process or the use of the electronic filing system.

***************************************************************************************************************************************

The NextGen CM/ECF system also requires users to have an upgraded PACER account in order to view documents in the NextGen CM/ECF system. PACER accounts can be established through the PACER Service Center:

    PACER Service Center
    P.O. Box 780549
    San Antonio, TX 78278
    800-676-6856

For further information on the support services provided by the PACER Service Center, please visit the PACER website at www.pacer.gov

For your information, the Judicial Conference of the United States has established a fee to be collected for access to PACER. All registered individuals will be charged a user fee. Please refer to the PACER Service Center regarding fees