IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DIPIPPA | ) | CASE NO.: 4:26CV487 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE JENNIFER DOWDELL ARMSTRONG |
| | ) | |
| | ) | |
| WARDEN, FCI ELKTON | ) | |
| | ) | NOTICE OF APPEARANCE |
| Respondent. | ) | |
| | ) | |

Notice is hereby given that James R. Bennett II, Assistant United States Attorney, enters his appearance in the within action, on behalf of Respondent Warden, FCI-Elkton. This notice does not waive any defects in service.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: */s/ James R. Bennett II*
James R. Bennett II (0071663)
Assistant U.S. Attorney
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 (Bennett)
216-522-4982 (Facsimile)
James.bennett4@usdoj.gov
Attorney for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy has also been mailed via email and U.S. mail, postage prepaid, to the following:

Brian DiPippa
#66590-510
FCI - Elkton
P.O. Box 10
Lisbon, OH 44432

*/s/James R. Bennett II*
James R. Bennett II