IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DIPIPPA, | ) | CASE NO. 4:26-cv-00487 |
| Petitioner, | ) | JUDGE CHARLES ESQUE FLEMING |
| v. | ) | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |
| WARDEN, FCI-ELKTON, | ) | |
| Respondent. | ) | **BRIEF IN OPPOSITION TO PETITIONER'S MOTION TO EXPEDITE BRIEFING SCHEDULE** |

Now comes Respondent Warden, FCI-Elkton, and, pursuant to this Court's non-document Order issued on April 7, 2026, hereby respectfully responds to and opposes Petitioner's Motion to Expedite Briefing Schedule. (ECF Nos. 8, 9.) On March 25, 2026, this Court issued an order providing Respondent 45 days (or until May 11,2026, due to the 45th day falling on a Saturday) to answer the Petition and "show cause why the petition should not be granted and the writ prayed for issued." (Order, ECF No. 4, PageID # 58-59.) Petitioner now moves the Court to "modify the briefing schedule…to direct Respondent to file an Answer within 21 days of service rather than the 45 days currently ordered." (Mot. to Expedite Briefing Schedule, ECF No 9, PageID # 86.)

Respondent opposes the Motion to Expedite for several reasons. First, modifying the briefing schedule to required Respondent's Answer within 21 days of the Court's initial scheduling order would make April 15, 2026, the deadline for Respondent's Answer. Since this date has already passed, it would now be impossible for Respondent to meet Petitioner's proposed deadline. Second, undersigned counsel has not yet received any information from the

Bureau of Prisons ("BOP") regarding this matter and needs the additional time until May 11 to review factual information, research the legal issues raised by Petitioner, draft a response brief, and have the response brief reviewed by BOP. Third, Petitioner admits that the additional time credits he seeks do not impact his incarceration until at least "approximately late November 2026." (Mot. to Expedite Briefing Schedule, ECF No 9, PageID # 86.) The Court's current scheduling order provides sufficient time for full briefing and a decision to be issued before late November. Moreover, the Court's scheduling order also gives Petitioner 45 days to file a reply to Respondent's brief. (Order, ECF No. 4, PageID # 58.) Nothing prohibits Petitioner from filing his traverse in 21 days (or less) which obviates any need to expedite Respondent's brief.

Based on the foregoing, Respondent respectfully urges this Court to deny Petitioner's Motion to Expedite Briefing Schedule and maintain the current briefing schedule with Respodent's brief being due on or before May 11, 2026.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: *<u>/s/ James R. Bennett II</u>*
James R. Bennett II (0071663)
Assistant U.S. Attorney
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3988 (Bennett)
216-522-4982 (Facsimile)
james.bennett4@usdoj.gov

Attorney for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, copy of the foregoing *Brief in Opposition to Petitioner's Motion to Expedite* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy has also been mailed via email and U.S. mail, postage prepaid, to the following:

Brian DiPippa
#66590-510
FCI - Elkton
P.O. Box 10
Lisbon, OH 44432

*/s/James R. Bennett II*
James R. Bennett II
Assistant U.S. Attorney