**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
EASTERN DIVISION

| | |
|---|---|
| BRIAN DIPIPPA, Petitioner, | ) |
| v. | ) Case No. 4:26-cv-00487-CEF |
| WARDEN, FCI ELKTON, Respondent. | ) Judge Charles E. Fleming<br>) Mag. Judge Jennifer Dowdell Armstrong |

# EXHIBIT 28

## Updated FSA Time Credit Assessment (April 5, 2026)

This exhibit is the Federal Bureau of Prisons' updated FSA Time Credit Assessment for Petitioner Brian DiPippa, Reg. No. 66590-510, dated April 5, 2026. It is submitted in support of Petitioner's Reply in Support of Motion to Expedite Briefing Schedule and reflects a current FSA Conditional Release Date of December 29, 2026.

# FSA Time Credit Assessment

Register Number:66590-510, Last Name:DIPIPPA

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 66590-510
Inmate Name
Last.............: DIPIPPA
First............: BRIAN
Middle...........:
Suffix...........:
Gender...........: MALE
Start Incarceration: 01-06-2025

Responsible Facility: CPG
Assessment Date.....: 04-05-2026
Period Start/Stop...: 02-26-2025 to 04-05-2026
Accrued Pgm Days....: 332
Disallowed Pgm Days.: 71
FTC Towards RRC/HC..: 0
FTC Towards Release.: 145
Apply FTC to Release: Yes

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-26-2025 | 05-08-2025 | disallow | 71 |

**Missing needs assessment(s).**
Anger/Hostility
Antisocial Peers
Cognitions
Family/Parenting

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-08-2025 | 09-22-2025 | accrue | 137 |

Accrued Pgm Days...: 137
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 40

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-22-2025 | 04-05-2026 | accrue | 195 |

Accrued Pgm Days...: 195
Carry Over Pgm Days: 17
Time Credit Factor.: 15
Time Credits.......: 105

**--- FSA Assessment(s) ---**

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 02-26-2025 | 03-26-2025 | R-LW | 03-19-2025 10:11 | 10 |
| 002 | 03-26-2025 | 09-22-2025 | R-LW | 03-19-2025 10:11 | 10 |
| 003 | 09-22-2025 | 03-21-2026 | R-LW | 08-29-2025 13:12 | 15 |
| 004 | 03-21-2026 | 06-19-2026 | R-LW | 08-29-2025 13:12 | 15 |

FSA Time Credit Assessment

Register Number:66590-510, Last Name:DIPIPPA

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------

All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 04-05-2026. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.

---

Projected Release Date: 10-02-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 05-10-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 12-29-2026
SCA Recommended Placement Days (Following 5 Factor Review): 180
SCA Recommended Placement Date: 07-02-2026
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: 07-02-2026
Max. Statutory HC Placement Date (if approp.): 06-30-2026
Recommended HC Placement Date (if approp.): 07-02-2026