IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

BRIAN DIPIPPA,                          )
    PETITIONER,                      )
                                    )
                                      )
      v.                               )        **Civ. No. 4:25-2715**
                                        )
WARDEN, FCI ELKTON,                     )
    RESPONDENT.                      )

---

## DECLARATION OF JONATHAN KERR

1.  I, Jonathan Kerr, am a Senior CLC Attorney for the Federal Bureau of Prisons Northeast Regional Office. Brian DiPippa, Federal Register Number 66590-510, is currently in prerelease custody at Renewal Inc., Residential Reentry Center in Pittsburgh, Pennsylvania after transferring from FCI Elkton on February 24, 2026.

2.  On January 6, 2025, Petitioner was sentenced in the United States District Court for the Western District of Pennsylvania to a 60-month term for violations of 18 U.S.C. § 371, *Conspiracy* and 18 U.S.C. § 2 & § 231(a)(3), *Obstruction of Law Enforcement During Civil Disorder*. After the application of 145 days of Federal Time Credit ("FTC") toward early transfer to supervised release under 18 U.S.C. §§ 3632(d)(4) and 28 C.F.R. § 523.44(d)(3), Petitioner's projected First Step Act release date is now May 10, 2027.[1] *See* **Attachment 1**, Public Information, Inmate Data.

3.  Petitioner requests FSA Time Credit for alleged successful participation in programming from January 6, 2025, the date of sentencing to February 26, 2025, the date he was designated to FCI Elkton. Additionally, he requests FSA Time Credit for alleged successful programming from February 26, 2025, the date he arrived at FCI Elkton, to May 8, 2025, the date he completed his needs assessment.

4.  Inmates can only earn time credit for successful participation in BOP recommended programs that coincide with an inmate's needs as determined by the Needs Assessment. *See* 28 C.F.R. §523.42(b)(3); 28 C.F.R. §523.41(c). Inmates eligible to earn FSA credit will generally not be considered "successfully participating" in programming in situations including, but not limited to, placement in the Special Housing Unit ("SHU"), designation outside of the institution or temporary transfer outside of the agency, or "opting out" of

---

[1] Prior to the application of Federal Time Credit, Petitioner's projected Good Conduct Time release date was October 2, 2027. *See* **Attachment 1**.

GOVERNMENT
EXHIBIT

1

programming. 28 C.F.R. §523.41(c)(4).   If an inmate is not "successfully participating", he cannot earn credit while in that status.

5.  Inmates may not begin accruing programming days until their arrival at their initially designated facility and completion of the Standardized Prisoner Assessment for Reduction in Criminality ("SPARC-13") assessment. Additionally, inmates are not considered in opt-in status until they have completed the SPARC-13.

6.  Petitioner entered BOP custody when he arrived at his designated facility, FCI Elkton, on February 26, 2025.  *See* **Attachment 2,** Inmate History and **Attachment 3,** FSA Time Credit Assessment. His status from January 6, 2025, when sentenced until his February 26, 2025, designation and arrival to FCI Elkton, was "designation status outside the institution" as contemplated by 28 C.F.R. § 523.41(c)(4)(ii) and therefore he cannot earn credit for that time.  Moreover, he had not completed his needs assessment and was not participating in any programming. *See* **Attachment 3,** Program Review Report and **Attachment 4**, FSA Time Credit Assessment.

7.  On May 8, 2025, Petitioner completed his SPARC-13 Assessment and on March 13, 2025, began participating in his first program. *See* **Attachment 3**, **Attachment 4**, and **Attachment 5,** May 8, 2025, Needs Assessment. The time at FCI Elkton after his February 26, 2025, arrival until his May 8, 2025, completion of the SPARC-13 Assessment, is not eligible for credit per 28 C.F.R. § 523.41(c)(1) and (2).

8.  According to the FSA Worksheet, since May 8, 2025, Petitioner has accrued 332 programming days, and 71 days of non-programing, i.e., not "successfully participating" per 28 C.F.R. § 523.41(c). As mentioned above, the corresponding 145 days of Time Credit have been applied toward his early transfer to supervised release.  *See* **Attachment 1** and **Attachment 4.**

9.   Attached hereto, please find true and correct copies of the following document:

> **ATTACHMENT 1**- Public Information, Inmate Data
>
> **ATTACHMENT 2**- Inmate History
>
> **ATTACHMENT 3**- Program Review Report
>
> **ATTACHMENT 4**- FSA Time Credit Assessment
>
> **ATTACHMENT 5-** May 8, 2025, Needs Assessment

I declare that any and all records attached to this declaration are true and accurate

copies maintained in the ordinary course of business by the Federal Bureau of Prisons. I further declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. §1746.

JONATHAN KERR
Digitally signed by JONATHAN KERR
Date: 2026.04.23 13:42:08 -04'00'

Jonathan Kerr
Senior CLC Attorney
Northeast Regional Office

4/23/2026

Date

# Attachment 1

```
  NERBQ           *          PUBLIC INFORMATION          *      04-23-2026
PAGE 001          *             INMATE DATA              *      08:44:07
                            AS OF 04-23-2026


REGNO..: 66590-510 NAME: DIPIPPA, BRIAN

                        RESP OF: CPG
                        PHONE..: 412-395-7930     FAX: 412-434-1301
                                                  RACE/SEX...: WHITE / MALE
                                                  AGE:  39
PROJ REL MT: FIRST STEP ACT RELEASE               PAR ELIG DT: N/A
PROJ REL DT: 05-10-2027                            PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERBQ          *           PUBLIC INFORMATION          *      04-23-2026
PAGE 002        *              INMATE DATA              *      08:44:07
                             AS OF 04-23-2026


REGNO..: 66590-510 NAME: DIPIPPA, BRIAN


                      RESP OF: CPG
                      PHONE..: 412-395-7930    FAX: 412-434-1301
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 11-10-2026

FINAL STATUTORY RELEASE FOR INMATE.: 10-02-2027 VIA GCT REL
           WITH APPLIED FSA CREDITS.: 145  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 05-10-2027 VIA FSA REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 23-CR-146-1
JUDGE...........................: RANJAN
DATE SENTENCED/PROBATION IMPOSED: 01-06-2025
DATE COMMITTED..................: 02-26-2025
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $50,225.03

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  059     18:371 CONSPIRACY

OFF/CHG: 18:371 CONSPIRACY (CT 1); 18:2 AND 231(A)(3) OBSTRUCTION OF
        LAW ENFORCEMENT DURING CIVIL DISORDER (CT 2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 04-18-2023




 G0002      MORE PAGES TO FOLLOW . . .
```

```
  NERBQ           *        PUBLIC INFORMATION          *        04-23-2026
PAGE 003 OF 003 *           INMATE DATA               *        08:44:07
                        AS OF 04-23-2026


REGNO..: 66590-510 NAME: DIPIPPA, BRIAN


                    RESP OF: CPG
                    PHONE..: 412-395-7930    FAX: 412-434-1301


------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 01-31-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-03-2025 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-06-2025
TOTAL TERM IN EFFECT............:   60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 04-18-2023

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                  06-30-2023    01-05-2025


TOTAL PRIOR CREDIT TIME.........: 556
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 270
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 10-02-2027
ELDERLY OFFENDER TWO THIRDS DATE: 10-29-2026
EXPIRATION FULL TERM DATE.......: 06-28-2028
TIME SERVED.....................:     2 YEARS      9 MONTHS     25 DAYS
PERCENTAGE OF FULL TERM SERVED..:  56.3
PERCENT OF STATUTORY TERM SERVED:  66.1

PROJECTED SATISFACTION DATE.....: 05-10-2027
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 145




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment 2

```
 NERBQ  531.01 *              INMATE HISTORY              *     04-22-2026
PAGE 001 OF 001 *               ADM-REL                   *     09:23:56


 REG NO..: 66590-510 NAME....: DIPIPPA, BRIAN
 CATEGORY: ARS        FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
CPG    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-24-2026 1132 CURRENT
7-C    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-24-2026 1132 02-24-2026 1132
7-C    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-24-2026 0853 02-24-2026 1132
ELK    FURL TRANS FURL W/UNESCORTED TRF TO A CCC 02-24-2026 0853 02-24-2026 0853
ELK    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-26-2025 1522 02-24-2026 0853
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-26-2025 1522 02-26-2025 1522
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-30-2025 1222 02-26-2025 1522
DSC    ADMIN REL  ADMINISTRATIVE RELEASE        01-30-2025 1122 01-30-2025 1122
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      01-30-2025 0945 01-30-2025 1122
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-30-2025 1045 01-30-2025 1045
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-22-2025 1534 01-30-2025 1045
DSC    ADMREL USM ADMINISTRATIVE RELEASE TO USM 01-22-2025 1434 01-22-2025 1434
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      01-22-2025 1430 01-22-2025 1434




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment 3



## Individualized Needs Plan - Program Review    (File copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: DIPIPPA, BRIAN  66590-510

SEQUENCE: 02412125

Team Date: 09-04-2025



| | |
|---|---|
| Facility: | ELK  ELKTON FCI |
| Name: | DIPIPPA, BRIAN |
| Register No.: | **66590-510** |
| Age: | 38 |
| Date of Birth: | 10-01-1986 |
| Proj. Rel. Date: | 09-02-2027 |
| Proj. Rel. Method: | FIRST STEP |

| | |
|---|---|
| DNA Status: | ELK09878 / 02-26-2025 |
| CIMS Status: | NO |
| CIMS Reconciled: | YES |

### Contact Information

**Primary contact in case of death.**

Krystal  Martinez-Dipippa, WIFE

5513 Broad St, Pitsburgh, PA 15206 US

Phone (Mobile) : (412) 654-2795

**Inmate is subject to 18 U.S.C. 4042(B) Notification:**                Yes

CURRENT CONVICTION FOR A CRIME OF VIOLENCE

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:**        N/A

### Offense Sentences

| Charge | Terms In Effect | Terms of Supervision |
|---|---|---|
| 18:371 CONSPIRACY (CT 1); 18:2 AND 231(A)(3) OBSTRUCTION OF LAW ENFORCEMENT DURING CIVIL DISORDER (CT 2) | 60 MONTHS | 3 YEARS |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 03-19-2025 |
| PHOTO ID N | PHOTO ID - NO | 03-19-2025 |
| RPP COMPLT | RELEASE PREP PGM COMPLETE | 06-17-2025 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 03-19-2025 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 03-19-2025 |
| VETERAN N | VETERAN - NO | 03-19-2025 |
| V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 03-13-2025 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 01-30-2025 |

### Inmate Photo ID Status

No photo ID - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | EDUC EVE | EDUCATION EVENINGS | 03-21-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 03-05-2025 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-05-2025 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK | | HORTICULTURE 101 | 07-27-2025 | CURRENT |
| ELK | | S-NCCER CORE | 07-10-2025 | CURRENT |
| ELK | C | FCI PUBLIC SPEAKING | 04-27-2025 | 06-15-2025 |
| ELK | C | CR-RESIDENTIAL REENTRY CENTER | 06-17-2025 | 06-17-2025 |
| ELK | C | CR-UNITED STATES PROBATION | 06-17-2025 | 06-17-2025 |
| ELK | C | MAIL/PROPERTY/RELEASE INFORMAT | 06-03-2025 | 06-03-2025 |
| ELK | C | PF/CONS SKILLS/BANKING/BUDG/CR | 06-03-2025 | 06-03-2025 |
| ELK | C | EMPLOYMENT/SEARCH/INTERV/RESU | 06-03-2025 | 06-03-2025 |



**Individualized Needs Plan - Program Review    (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DIPIPPA, BRIAN  66590-510

SEQUENCE: 02412125
Team Date: 09-04-2025

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK | C | HEALTH/NUTRITION/HIV/HEALTH LS | 06-03-2025 | 06-03-2025 |
| ELK | C | SUCS STORY/DEC | 06-03-2025 | 06-03-2025 |
| ELK | C | AIDS AWARENESS-RPP<HN> | 03-13-2025 | 03-13-2025 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ELK | A-DES | US DISTRICT COURT COMMITMENT | 02-26-2025 | CURRENT |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-30-2025 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-04-2025 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-05-2025 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-05-2025 |

## Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 04-29-2025 |
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 03-19-2025 |
| NR WAIT | NRES DRUG TMT WAITING | 03-04-2025 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:      COMPLT      FINANC RESP-COMPLETED      Start: 07-22-2025**

| Inmate Decision: | **AGREED** | **$50.00** | Frequency: | **MONTHLY** |
|---|---|---|---|---|
| Payments past 6 months: | | **$50,425.03** | Obligation Balance: | **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 03-20-2025 | ELK | PAYMENT | OUTSIDE | $200.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST NV | $50,225.03 | $0.00 | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 07-22-2025 | ELK | PAYMENT | OUTSIDE | $24,912.03 |
| | 07-12-2025 | ELK | PAYMENT | INSIDE PMT | $50.00 |
| | 06-12-2025 | ELK | PAYMENT | INSIDE PMT | $50.00 |
| | 05-13-2025 | ELK | PAYMENT | INSIDE PMT | $50.00 |
| | 04-12-2025 | ELK | PAYMENT | INSIDE PMT | $50.00 |
| | 03-20-2025 | ELK | PAYMENT | OUTSIDE | $25,113.00 |

## FRP Deposits

Trust Fund Deposits - Past 6 months:    $2,686.76          Payments commensurate ?   Y

New Payment Plan:    ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|



**Individualized Needs Plan - Program Review    (File copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: DIPIPPA, BRIAN  66590-510

SEQUENCE: 02412125

Team Date: 09-04-2025

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 03-19-2025 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-19-2025 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 08-29-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-29-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 08-29-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 03-06-2025 |
| N-EDUC N | NEED - EDUCATION NO | 08-29-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 08-29-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-29-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-29-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 08-29-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-29-2025 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-29-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 08-29-2025 |
| N-WORK N | NEED - WORK NO | 08-29-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-29-2025 |

**Progress since last review**

You are currently enrolled in NCCEWR Core. You complete the core topics of release preparation, Arthritis Foundation Walk with Ease. Academic Success, and Public Speaking since your last review. You are on the Waitlist for Criminal Thinking, Talking with Your Doctor, Inside and Out Wellness, Occupational education, Family Programming for Men, and Non-residential Drug Treatment.

**Next Program Review Goals**

Enroll in Introduction to Fitness and enroll in an ACE class by your next team. Pick any of the following classes. (American Sign Language, Logistics and Courier, Life Skills for Success, Ethics, Introduction to English, Horticulture, Elements of the 1040, Formative US History, Investment in Real Estate, Math for Skilled Trades, Public Speaking, Typical Home Construction, Home Inspection, Basic Residential HVAC, Beekeeping, Algebra I, CDL, Analyzing Literature, CDL Pre-Trip/Inspection

**Long Term Goals**

Complete Non-Residential Drug Treatment, maintain clear conduct, and complete a resume to assist with job placement by 9-02-2027.

**RRC/HC Placement**

Recommended Placement in a range between 151-180 days.

**Comments**

407/408 reviewed and current.
Judicial Recommendations: Yes, Be placed at a facility as close to Pittsburgh, Pennsylvania as possible..
Save funds for release.



**Individualized Needs Plan - Program Review**   **(File copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: DIPIPPA, BRIAN  66590-510

SEQUENCE: 02412125

Team Date: 09-04-2025

Name:  DIPIPPA, BRIAN

Register No.: 66590-510

Age: 38

Date of Birth: 10-01-1986

DNA Status:  ELK09878 / 02-26-2025

Inmate    (DIPIPPA, BRIAN. Register No.: 66590-510)

09/04/25
Date

Unit Manager / Chairperson

Case Manager

9-4-25
Date

Date

Individualized Needs Plan - Program Review   (File Copy)

Page 4 of 4

# Attachment 4

**FSA Time Credit Assessment**

Register Number:66590-510, Last Name:DIPIPPA

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 66590-510          Responsible Facility: CPG
Inmate Name                             Assessment Date.....: 04-05-2026
  Last.............: DIPIPPA             Period Start/Stop...: 02-26-2025 to 04-05-2026
  First............: BRIAN               Accrued Pgm Days....: 332
  Middle...........:                     Disallowed Pgm Days.: 71
  Suffix...........:                     FTC Towards RRC/HC..: 0
Gender.............: MALE                FTC Towards Release.: 145
Start Incarceration: 01-06-2025         Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-26-2025 | 05-08-2025 | disallow | 71 |

**Missing needs assessment(s).**
  Anger/Hostility
  Antisocial Peers
  Cognitions
  Family/Parenting

-------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-08-2025 | 09-22-2025 | accrue | 137 |

  Accrued Pgm Days...: 137
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 40

-------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-22-2025 | 04-05-2026 | accrue | 195 |

  Accrued Pgm Days...: 195
  Carry Over Pgm Days: 17
  Time Credit Factor.: 15
  Time Credits.......: 105

--- FSA Assessment(s) ---------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 02-26-2025 | 03-26-2025 | R-LW | 03-19-2025 10:11 | 10 |
| 002 | 03-26-2025 | 09-22-2025 | R-LW | 03-19-2025 10:11 | 10 |
| 003 | 09-22-2025 | 03-21-2026 | R-LW | 08-29-2025 13:12 | 15 |
| 004 | 03-21-2026 | 06-19-2026 | R-LW | 08-29-2025 13:12 | 15 |

**FSA Time Credit Assessment**

Register Number:66590-510, Last Name:DIPIPPA

**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
 All conditional days and conditional dates below are the individual's best case scenario
 given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
 04-05-2026. These dates can change if there are changes to one or more of the following: the
 individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
 (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
 (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
 Projected Release Date: 10-02-2027
 Projected Release Method: GCT REL
 FSA Projected Release Date: 05-10-2027
 FSA Projected Release Method: FSA REL
 FSA Conditional Release Date: 12-29-2026
 SCA Recommended Placement Days (Following 5 Factor Review): 180
 SCA Recommended Placement Date: 07-02-2026
 SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
 FSA Conditional Placement Days: N/A
 FSA Conditional Placement Date: N/A
 Conditional Transition To Community Date: 07-02-2026
 Max. Statutory HC Placement Date (if approp.): 06-30-2026
 Recommended HC Placement Date (if approp.): 07-02-2026

# Attachment 5

**FSA Needs Reassessment**

Register Number:66590-510, Last Name:DIPIPPA

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 66590-510 | Responsible Facility: ELK |
| Inmate Name | Assessment Date.....: 05/08/2025 |
|   Last.........: DIPIPPA | |
|   First........: BRIAN | |
|   Middle.......: | |
|   Suffix.......: | |
| Gender........: MALE | |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After - | Assignment - | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
| | After | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
| | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | GED HAS | COMPLETED GED OR HS DIPLOMA |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| | After | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| Substance Abuse | Before | ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST |
| | After | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK N | NEED - WORK NO |
| | After | N-WORK N | NEED - WORK NO |

Assessment Date: 05/08/2025                    (1)          Assessment# 9f4f51e6-ebf7-4ee5-ac3c-bb377dac0cad