**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN DIPIPPA, | ) | CASE NO. 4:26-cv-487 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |
| | ) | |
| WARDEN, FCI ELKTON, | ) | |
| | ) | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Respondent. | ) | |
| | ) | |
| | ) | |

On February 26, 2026, Petitioner Brian DiPippa, proceeding *pro* se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"). (ECF No. 1). On July 31, 2026, Magistrate Judge Jennifer Dowdell Armstrong filed a Report and Recommendation ("R&R") recommending that the Court grant the Petition and order Respondent Warden, FCI Elkton to recalculate Petitioner's First Step Act ("FSA")[1] time credits. (ECF No. 19).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Magistrate Judge's R&R within 14 days after service. The R&R also gave the parties notice of the 14-day time limit for filing objections. (*Id.* at PageID #189–90). It also informed the parties that failure to file timely objections to the R&R may act as a waiver/forfeiture of subsequent review or appeal. (*Id.*). The deadline has since elapsed and no objections have been filed.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141–42 (1985).

[1] First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.

There being no objections, the Court **ADOPTS** Magistrate Judge Armstrong's R&R (ECF No. 19), incorporates it fully herein by reference, and **GRANTS** the Petition (ECF No. 1). The Court **ORDERS** Respondent to recalculate Petitioner's FSA time credit by or before August 31, 2026. The Court further **ORDERS** Respondent to file a status report by close of business on September 3, 2026, confirming that the recalculation has taken place.

**IT IS SO ORDERED.**

Date: August 17, 2026

Charles Fleming

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**