**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN DIPIPPA, | ) | CASE NO. 4:26-cv-487 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| WARDEN, FCI ELKTON, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Opinion and Order, Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **GRANTED**.

**IT IS SO ORDERED.**

Date: August 17, 2026

Charles Fleming

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**