IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN DIPIPPA, | ) | CASE NO.: 4:26CV487 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, FCI ELKTON, | ) | STATUS REPORT |
| | ) | |
| Respondent. | ) | |

Respondent hereby submits this Status Report confirming the recalculation of Petitioner Brian DiPippa's First Step Act time credit. On August 17, 2026, this Court issued an Order granting Petitioner's writ of habeas corpus and further ordering Respondent to recalculate the Petitioner's First Step Act time credit by August 31, 2026 and to file a status report by close of business on September 3, 2026, confirming the completion of the ordered recalculation. Order, ECF #20. On August 28, 2026, the Bureau of Prisons recalculated Petitioner's First Step Act time credit. FSA Time Credit Assessment, Ex. 1. Petitioner's new projected release date is January 20, 2027. Sentence Monitoring Computation Data as of August 28, 2026, Ex. 2.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald (PA: 308973)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113

(216) 622-3779
(216) 522-2404 (facsimile)
Patricia.Fitzgerald2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2026 a copy of the foregoing *Status Report* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy will be mailed on September 1, 2026, via U.S. mail, postage prepaid, to the following:

Brian DiPippa
Reg. No. 66590-510
P.O. Box 23430
Pittsburgh, PA 15222

/s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald
Assistant U.S. Attorney