# FSA Time Credit Assessment

**Register Number:66590-510, Last Name:DIPIPPA**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 66590-510
Inmate Name
Last.............: DIPIPPA
First............: BRIAN
Middle...........:
Suffix...........:
Gender.............: MALE
Start Incarceration: 01-06-2025

Responsible Facility: CPG
Assessment Date.....: 08-28-2026
Period Start/Stop...: 01-06-2025 to 08-28-2026
Accrued Pgm Days....: 599
Disallowed Pgm Days.: 0
FTC Towards RRC/HC..: 0
FTC Towards Release.: 255
Apply FTC to Release: Yes

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 01-06-2025 | 08-02-2025 | accrue | 208 |

Accrued Pgm Days...: 208
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-02-2025 | 08-28-2026 | accrue | 391 |

Accrued Pgm Days...: 391
Carry Over Pgm Days: 28
Time Credit Factor.: 15
Time Credits.......: 195

**--- FSA Assessment(s) ---**

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 01-06-2025 | 02-03-2025 | R-LW | 03-19-2025 10:11 | 10 |
| 002 | 02-03-2025 | 08-02-2025 | R-LW | 03-19-2025 10:11 | 10 |
| 003 | 08-02-2025 | 01-29-2026 | R-LW | 05-06-2025 10:16 | 15 |
| 004 | 01-29-2026 | 04-29-2026 | R-LW | 08-29-2025 13:12 | 15 |
| 005 | 04-29-2026 | 07-28-2026 | R-LW | 08-29-2025 13:12 | 15 |
| 006 | 07-28-2026 | 10-26-2026 | R-LW | 08-29-2025 13:12 | 15 |

GOVERNMENT EXHIBIT
1

# FSA Time Credit Assessment

**Register Number:66590-510, Last Name:DIPIPPA**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------**

**All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 08-28-2026. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.**

**SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**

**---**

Projected Release Date: 10-02-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 01-20-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 11-27-2026
SCA Recommended Placement Days (Following 5 Factor Review): 180
SCA Recommended Placement Date: 05-31-2026
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: 05-31-2026
Max. Statutory HC Placement Date (if approp.): 05-29-2026
Recommended HC Placement Date (if approp.): 05-31-2026