NERBQ 540.23 * SENTENCE MONITORING * 08-28-2026
PAGE 001 OF 002 * COMPUTATION DATA * 08:46:24
AS OF 08-28-2026

REGNO..: 66590-510 NAME: DIPIPPA, BRIAN

FBI NO...........: 668928FC7 DATE OF BIRTH: [redacted]-1986 AGE: 39
ARS1.............: CPG/A-HC SENT
UNIT.............: QUARTERS.....:
DETAINERS........: NO NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-23-2026

FINAL STATUTORY RELEASE FOR INMATE.: 10-02-2027 VIA GCT REL
WITH APPLIED FSA CREDITS.: 255 DAYS
THE INMATE IS PROJECTED FOR RELEASE: 01-20-2027 VIA FSA REL

RELEASE AUDIT COMPLETED ON 04-16-2026 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 23-CR-146-1
JUDGE...........................: RANJAN
DATE SENTENCED/PROBATION IMPOSED: 01-06-2025
DATE COMMITTED..................: 02-26-2025
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $200.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $50,225.03

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 059 18:371 CONSPIRACY
815 18:231 CIVIL RIGHTS DISORDER

OFF/CHG: 18:371 CONSPIRACY (CT 1); 18:2 AND 231(A)(3) OBSTRUCTION OF
LAW ENFORCEMENT DURING CIVIL DISORDER (CT 2)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 60 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 04-18-2023

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-31-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-03-2025 BY DESIG/SENTENCE COMPUTATION CTR

GOVERNMENT
EXHIBIT
2

REGNO..: 66590-510 NAME: DIPIPPA, BRIAN

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-06-2025
TOTAL TERM IN EFFECT............: 60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 5 YEARS
EARLIEST DATE OF OFFENSE........: 04-18-2023

JAIL CREDIT.....................: FROM DATE THRU DATE
06-30-2023 01-05-2025

TOTAL PRIOR CREDIT TIME.........: 556
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 270
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 10-02-2027
ELDERLY OFFENDER TWO THIRDS DATE: 10-29-2026
EXPIRATION FULL TERM DATE.......: 06-28-2028
TIME SERVED.....................: 3 YEARS 1 MONTHS 30 DAYS
PERCENTAGE OF FULL TERM SERVED..: 63.3
PERCENT OF STATUTORY TERM SERVED: 74.2

PROJECTED SATISFACTION DATE.....: 01-20-2027
PROJECTED SATISFACTION METHOD...: FSA REL
WITH FSA CREDITS INCLUDED...: 255

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE